| | |
|---|---|
| JOHN ANDERSON, #475068, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | No. 2:15-cv-101-RLJ |
| ) | |
| CENTURION, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

## MEMORANDUM and ORDER

On April 22, 2015, the Court entered an order in this *pro se* prisoner's civil rights case under 42 U.S.C. § 1983, allowing plaintiff twenty (20) days to amend his complaint to state a claim entitling him to relief and cautioning him that his failure to amend would lead to the dismissal of his case, (Doc. 4). That time has now passed, and plaintiff has failed to amend the complaint or otherwise respond to the order.

Accordingly, his case is **DISMISSED** for want of prosecution. *See* Fed. R.Civ. P. 41(b). In addition, this Court has carefully reviewed this case pursuant to 28 U.S.C. § 1915(a) and **CERTIFIES** that any appeal from this dismissal would not be taken in good faith.

**A separate judgment will enter.**

**ENTER:**

/s/ Leon Jordan
LEON JORDAN
UNITED STATES DISTRICT JUDGE